*Decisions on Petitions for writs of Certiorari.*

From May 4 to June 2, 1903.

No. 671. A. NELSON LEWIS, PETITIONER, *v.* CHARLES H. TROW-

.BRIDGE, TRUSTEE, ETC. . May 4, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. A. Nelson Lewis pro se. Mr. Edmund Wetmore, Mr. John K. Beach* and *Mr. Frank W. Hackett* for respondents.

